# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

November 8, 2022

Lyle W. Cayce
Clerk

No. 22-60021
Summary Calendar

Jorge Luis Alvarez-Flores,

*Petitioner*,

*versus*

Merrick Garland, *U.S. Attorney General*,

*Respondent*.

Petition for Review of an Order of the
Board of Immigration Appeals
Agency No. A205 211 570

Before Higginbotham, Graves, and Ho, *Circuit Judges*.

Per Curiam:*

Jorge Luis Alvarez-Flores, a native and citizen of Mexico, petitions this court for review of an order of the Board of Immigration Appeals (BIA) affirming an order of the Immigration Judge denying his application for cancellation of removal. He argues that the BIA erred by concluding that he

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 22-60021

had not made the requisite hardship showing and denying his request for cancellation of removal.  We lack jurisdiction to consider this argument.  *See Patel v. Garland*, 142 S. Ct. 1614, 1622 (2022); *Castillo-Gutierrez v. Garland*, 43 F.4th 477, 481 (5th Cir. 2022).  Consequently, the petition for review is DISMISSED.